Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| DEBRA J PATRINOPOULOS | Case No. 2:20-bk-10747-DPC |
| Debtor(s) | TRUSTEE'S OBJECTION TO PROOF OF CLAIM AND NOTICE THEREON CLAIM #: 001 |

COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

    No:      001
    Name:   NPRTO Arizona, LLC
    Address: 256 West Data Drive
              Draper, UT 98124

    Acct No:  0389

Upon the following grounds:

The Trustee does not have a vaild address for the Creditor nor has the Creditor filed a change of address, Notice of Transfer and/or Amended Proof of Claim with the Court.

Therefore, the Trustee recommends above-mentioned claim be disallowed.

NOTICE IS GIVEN that the above claim is disallowed unless on or before October 4, 2024, (30 days from mailing) the creditor EITHER:

    1. Provides the Trustee with an updated mailing address;

2. Files an Amended Proof of Claim or Notice of Transfer with the Bankruptcy Court for the District of Arizona.

Dated: See Electronic Signature

                    EDWARD J. MANEY
                    CHAPTER 13 TRUSTEE

By:_____
Edward J. Maney ABN 12256
Chapter 13 Trustee
101 North First Avenue, Suite 1775
Phoenix, AZ 85003
(602) 277-3776
ejm@maney13trustee.com

CERTIFICATE OF MAILING FOR CASE NO. 2:20-10747-DPC

Copies of the foregoing mailed on (see electronic signature) to the following:

Attorney for Debtor(s):
Thomas Adams Mcavity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780

Debtor(s):
DEBRA J PATRINOPOULOS
2434 E MAIN ST LOT 43
MESA, AZ. 85213

Creditor:
NPRTO Arizona, LLC

Prog Leasing, LLC
Attn:1059, PO Box 35146
Seattle, WA 98124-5146

NPRTO Arizona LLC
256 W. Data Drive
Draper, UT 84020

By:_____

    Trustee's Clerk