Edward J. Maney, Esq. #012256
CHAPTER 13 TRUSTEE
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
(602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| DEBRA J PATRINOPOULOS | Case No. 2:20-bk-10747-DPC |
| Debtor(s) | **CERTIFICATE OF SERVICE AND NO OBJECTION** |
| | **DKT:** 26   **DATE:** 09/06/2024 |

    Edward J. Maney, Chapter 13 Trustee (hereinafter the "Trustee"), hereby certifies that no objections to the Trustee's Objection to Proof of Claim which was mailed on 09/06/2024, to NPRTO Arizona, LLC, Debtors', and Debtors' Attorney, have been received as of October 8, 2024.

Dated: See Electronic Signature

EDWARD J. MANEY
CHAPTER 13 TRUSTEE

_____
Edward J. Maney, Esq. #012256
CHAPTER 13 TRUSTEE
101 North First Avenue, Suite 1775
Phoenix, AZ 85003
(602) 277-3776
ejm@maney13trustee.com