IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>DEBRA J PATRINOPOULOS<br><br>Debtor(s) | In Proceedings Under Chapter 13<br><br>Case No. 2:20-bk-10747-DPC<br><br>ORDER ON TRUSTEE'S OBJECTION<br>TO CLAIM NO: 001<br>DKT #26   DATE: 09/06/2024 |

Edward J. Maney, the Trustee of the above-captioned estate, having objected to the referenced claim; and after due notice by mail to the claimant, and the claimant having failed to respond, or after a hearing on the claimant's response, and good cause appearing:

IT IS ORDERED THAT:

The Trustee's objection is sustained and the following claim is disallowed:

```
No:       001
Name:     NPRTO Arizona, LLC
Address:  256 West Data Drive
          Draper, UT  98124

Acct No:  0389
```

**ORDER SIGNED AND DATED ABOVE**